## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Dean, | No. CV-13-01202-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Terry Allred, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff's Motion to Join Additional Parties and United States Magistrate Judge Mark E. Aspey's Report and Recommendation ("R&R"). Docs. 97, 100. The R&R recommends that the Court deny the Motion. Doc. 100 at 5. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 5 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and deny the Motion. *See* 28 U.S.C. § 636(b)(1)

(stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Aspey's R&R (Doc. 100) is **accepted**.
2. Plaintiff's Motion to Join Additional Parties (Doc. 97) is **denied**.

Dated this 17th day of June, 2014.

*A. Murray Snow*
G. Murray Snow
United States District Judge